IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EQUITY UP TO $392,173 IN REAL PROPERTY LOCATED AT 3560 WOODRIDGE TRAIL, HELENA, MONTANA, and<br><br>EQUITY UP TO $19,500 IN 2018 GMC DENALI, VIN: 1GTP6EE10J1238289, and<br><br>EQUITY UP TO $18,001 IN 2017 SUNCHASERPONTOON BOAT, HULL ID: SUN22478A717, 2016 YAMAHA MOTOR ID: 63PL-1185883, AND 2017 SHORE LAND'R TRAILER ID: 1MDBUA026HA623541,<br><br>Defendants. | CV 21-7-H-CCL<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS |

The United States has filed an unopposed motion to stay civil forfeiture proceedings until August 30, 2021. Upon good cause being shown by the moving party,

IT IS HEREBY ORDERED that the United States' motion is GRANTED.

The case is hereby STAYED until August 30, 2021.

**DATED** this 5th day of March, 2021.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE