IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUITY UP TO $392,173 IN REAL PROPERTY LOCATED AT 3560 WOODRIDGE TRAIL, HELENA, MONTANA and EQUITY UP TO $19,500 IN 2018 GMC DENALI, VIN: 1GTP6EE10J1238289, and EQUITY UP TO $18,001 IN 2017 SUNCHASER PONTOON BOAT, HULL ID: SUN22478A717, 2016 YAMAHA MOTOR ID: 63PL-1185883, AND 2017 SHORE LAND'R TRAILER ID: 1MDBUA026HA623541,<br><br>Defendant. | CV 21-07-H-DWM<br><br>ORDER |

The parties having filed a Stipulation to Dismiss, (Doc. 23), IT IS ORDERED that:

1. The United States Marshals Service is directed to pay the full amount of $28,001.00 in currency being held as substituted property in this case, (Doc. 8), to the Clerk of District Court for the District of Montana, to be applied to the

1

restitution obligation owing in *United States vs. Debra Gean Roeber*, Cause No. CR-22-15-BU-DLC;

2. This matter is dismissed by agreement of the parties; and

3. Each party shall bear their own costs and fees.

DATED this 17th day of August, 2022.

_____
Donald W. Molloy, District Judge
United States District Court